UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCISCO ABELLAN,<br>VEGA STAR CAPITAL, SL,<br>EU EQUITY HOLDINGS INC.,<br>KLO FINANCIAL SERVICES INC.,<br>GENE HEW-LEN,<br>NXGEN HOLDINGS, INC., formerly known as<br>    GHL TECHNOLOGIES, INC.,<br><br>Defendants,<br><br>and<br><br>APOLLO CORPORATION,<br>D&O INTERNATIONAL CORP.,<br>HALSTON CAPITAL LTD.,<br>INSIGHT MARKETING &<br>    COMMUNICATIONS INC.,<br>LACROIX INTERNATIONAL<br>    HOLDINGS LTD.,<br>MEDIA PACIFIC INC.,<br>MORTENSEN FINANCIAL LTD.,<br>OMNI CONSULTING SERVICES INC.,<br><br>Relief Defendants. | Civil Action No. C08-5502 FDB<br><br>**APPENDIX OF EXHIBITS TO THE DECLARATION OF JENNIFER L. SCAFE IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |

SEC v. ABELLAN, ET AL., NO. _____
APPENDIX OF EXHIBITS TO THE DECLARATION OF
JENNIFER L. SCAFE ISO APPLICATION FOR TRO

SECURITIES AND EXCHANGE COMMISSION
44 MONTGOMERY STREET, SUITE 2600
SAN FRANCISCO, CA 94104
(415) 705-2500

# APPENDIX OF EXHIBITS TO DECLARATION OF JENNIFER L. SCAFE

| Exhibit Description | Tab |
|---|---|
| Excerpts from the Reporter's Transcript of Testimony by Gene Hew-Len in the Matter of GHL Technologies, Inc., SEC File No. SF-3144, dated 12/5/06 | 1 |
| Excerpts from the Reporter's Transcript of Testimony by Paula A. Argento in the Matter of GHL Technologies, Inc., SEC File No. SF-3144, dated 12/14/07 | 2 |
| 8/10/05 e-mail from Francisco Abellan to Hew-Len attaching memorandum re unrestricted securities (SEC Testimony Exhibit 5) | 3 |
| 8/25/05 e-mail from Abellan to Hew-Len re registering corporation in Nevada (SEC Testimony Exhibit 7) | 4 |
| Definitive Agreement among EVI, Hew-Len, and Vega Star Capital dated 10/31/05 (SEC Testimony Exhibit 14) | 5 |
| GHL Technologies, Inc. Articles of Incorporation filed 10/17/05 (SEC Testimony Exhibit 8) | 6 |
| Agreement and Plan of Merger re Peku Manufacturing (SEC Testimony Exhibit 17) | 7 |
| Bloomberg Finance L.P. printout of historical stock price and volume for GHLT from 12/14/05 to 6/13/06 | 8 |
| 6/27/06 e-mail from Abellan to Argento re confidentiality broken (SEC Testimony Exhibit 110) | 9 |
| GHL Technologies Inc. Confidential Offering Memorandum dated December 2005 | 10 |
| Notice of Acceptance letter from District of Columbia Securities Bureau, Department of Insurance, Securities and Banking to Argento dated 1/5/06 | 11 |
| Amendment to the Definitive Agreement among EVI, Hew-Len, and Vega Star dated 2/6/06 (SEC Testimony Exhibit 16) | 12 |
| Certificate of Notary Public in Panama dated 6/3/05 regarding EU Equity Holdings, Inc. and attaching the Articles of Incorporation and Power of Attorney | 13 |
| Notarized document of the Republic of Panama dated 10/26/05 regarding EU and attaching Power of Attorney | 14 |

SEC v. ABELLAN, ET AL., No. _____
APPENDIX OF EXHIBITS TO THE DECLARATION OF
JENNIFER L. SCAFE ISO APPLICATION FOR TRO

1

SECURITIES AND EXCHANGE COMMISSION
44 MONTGOMERY STREET, SUITE 2600
SAN FRANCISCO, CA 94104
(415) 705-2500

| **Exhibit Description** | **Tab** |
|---|---|
| Notarized document of the Republic of Panama dated 5/25/05 regarding KLO and attaching Articles of Incorporation | 15 |
| Notarized document of the Republic of Panama dated 10/26/05 regarding KLO and attaching Power of Attorney | 16 |
| Regus Business Centers Virtual Office Agreement with KLO dated 2/9/06 | 17 |
| Subscription Documents relating to a purchase of GHLT stock by EU dated 2/9/06 (SEC Testimony Exhibit 21) | 18 |
| Subscription Documents relating to a purchase of GHLT stock by KLO dated 2/9/06 (SEC Testimony Exhibit 22) | 19 |
| Unanimous Consent re issuance of stock to EU and KLO dated 2/28/06 (SEC Testimony Exhibit 20) | 20 |
| 3/9/06 e-mail from Abellan to Hew-Len re Signed Assignment Agreements for EU and KLO | 21 |
| Legal opinion letters from Argento to First American Stock Transfer and Registrar re GHLT stock dated 3/13/06 | 22 |
| Securities and Exchange Commission Attestation dated 8/8/08 re GHLT | 23 |
| New Account Approval Form – Vega Star Capital/Francisco Abellan dated 12/30/05 | 24 |
| Park Financial Statements of Account for Vega Star from 3/1/06 – 5/31/06 | 25 |
| Park Financial Statements of Account for EU from 3/1/06 – 5/31/06 | 26 |
| Park Financial Statements of Account for KLO from 3/1/06 – 5/31/06 | 27 |
| Frontier Bank wire transfer records for the account Emergency Vehicle Installation, the operating subsidiary of GHLT | 28 |
| Contract Agreement between Valley Offset Printing, Inc. and Vega Star date 4/7/06; Nondisclosure Agreement between Valley Offset and Vega Star dated 4/5/06 | 29 |
| 5/2/06 e-mail from Abellan to Doyle Merriman at Valley Offset re wire | 30 |

| Exhibit Description | Tab |
|---|---|
| 5/3/06 facsimile cover sheet from Credit Andorra attaching wire transfer record | 31 |
| Valley Offset ledger record for Vega Star Capital/The Street Stock Report | 32 |
| 4/11/06 e-mail between Abellan and Donya Percival of Valley Offset re Return address for international mailing | 33 |
| 4/4/06 e-mail between Abellan and Merriman of Valley Offset re GPS mailer | 34 |
| 4/5/06 e-mail between Abellan and Robert McDaniel of Valley Offset re Answers & Pricing | 35 |
| Postage Statements for The Street Stock Report dated 5/16/06 to 5/18/06 | 36 |
| The Street Stock Report produced by Valley Offset | 37 |
| 12/22/05 e-mail from Abellan to Hew-Len re Investor Relations attaching resume of Jesus Rodriguez (SEC Testimony Exhibit 11) | 38 |
| 4/4/06 e-mail from Rodriguez to Hew-Len and Argento re 2005 Results Release attaching draft release and Proposed 45-Day Press Release Program (SEC Testimony Exhibit 98) | 39 |
| 5/22/06 form letter from Abellan to Park Financial re selling 1,000,000 shares of GHLT in Vega Star account | 40 |
| 5/22/06 form letter from Abellan to Park Financial re selling 1,200,000 shares of GHLT in KLO account | 41 |
| Wire transfer records from EU and KLO accounts at Park Financial to EU and KLO accounts at Credit Andorra dated 4/27/06 - 5/26/2006 | 42 |
| Consent of Defendant Francisco Abellan dated 7/22/08 (not filed) | 43 |
| Consent of Defendant Vega Star Capital, SL dated 7/22/08 (not filed) | 44 |
| Affidavit of Francisco Abellan dated 7/22/08; Affidavit of Francisco Abellan dated 5/28/08 | 45 |
| 6/19/08 Letter from Sheila K. Soares at U.S. Bank re escrow and attached escrow agreement | 46 |

SEC v. ABELLAN, ET AL., NO. _____  
APPENDIX OF EXHIBITS TO THE DECLARATION OF  
JENNIFER L. SCAFE ISO APPLICATION FOR TRO

3

SECURITIES AND EXCHANGE COMMISSION  
44 MONTGOMERY STREET, SUITE 2600  
SAN FRANCISCO, CA 94104  
(415) 705-2500