UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCISCO ABELLAN,<br>VEGA STAR CAPITAL, SL,<br>EU EQUITY HOLDINGS INC.,<br>KLO FINANCIAL SERVICES INC.,<br>GENE HEW-LEN,<br>NXGEN HOLDINGS, INC., formerly known as<br>   GHL TECHNOLOGIES, INC.,<br><br>Defendants,<br><br>and<br><br>APOLLO CORPORATION,<br>D&O INTERNATIONAL CORP.,<br>HALSTON CAPITAL LTD.,<br>INSIGHT MARKETING &<br>   COMMUNICATIONS INC.,<br>LACROIX INTERNATIONAL<br>   HOLDINGS LTD.,<br>MEDIA PACIFIC INC.,<br>MORTENSEN FINANCIAL LTD.,<br>OMNI CONSULTING SERVICES INC.,<br><br>Relief Defendants. | Civil Action No. 08-5502BHS<br><br>**ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |

SEC v. Abellan, et al., No. _____
[Proposed] Order to Show Cause re
Preliminary Injunction

This matter came before the Court on the *ex parte* application of plaintiff Securities and Exchange Commission ("Commission") for, among other things, an order to show cause why the temporary asset freeze ordered by the Court should not be extended during the pendency of this litigation. The Court has received and considered the Commission's complaint, application, memorandum of points and authorities and the declarations of Jennifer L. Scafe, Robert L. Tashjian, and Tonia J. Tornatore and all exhibits attached to those declarations, and all other submissions, written or oral, at or before the hearing. Good cause appearing therefrom,

IT IS HEREBY ORDERED that at 10:00 o'clock a.m. on August, 27, 2008, or as soon thereafter as the parties can be heard, the defendants Francisco Abellan, Vega Star Capital, SL, EU Equity Holdings Inc., and KLO Financial Services Inc., and the relief defendants, Apollo Corporation, D&O International Corp., Halston Capital Ltd., Insight Marketing & Communications Inc., Lacroix International Holdings Ltd., Media Pacific Inc., Mortensen Financial Ltd., and Omni Consulting Services Inc., and each of them, shall appear before the Honorable Benjamin H. Settle, Judge of the United States District Court, to show cause, if there be any, why a preliminary injunction should not be granted extending the asset freeze pending the determination of this action. Any declarations, affidavits, points and authorities, or other submissions in support of, or in opposition to, the issuance of such an Order shall be filed with the Court and delivered to the Commission's counsel and the offices of each of the defendants and relief defendants and/or their attorneys no later than 4:00 o'clock p.m. on August 22, 2008. Any reply papers shall be filed with the Court and delivered to opposing counsel no later than 1:00 o'clock p.m. on August 26, 2008.

Dated this 14th day of August, 2008

_____
BENJAMIN H. SETTLE
United States District Judge

SEC v. ABELLAN, ET AL., NO. _____
[PROPOSED] ORDER TO SHOW CAUSE RE
PRELIMINARY INJUNCTION

1