UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCISCO ABELLAN,<br>VEGA STAR CAPITAL, SL,<br>EU EQUITY HOLDINGS INC.,<br>KLO FINANCIAL SERVICES INC.,<br>GENE HEW-LEN,<br>NXGEN HOLDINGS, INC., formerly known as<br>   GHL TECHNOLOGIES, INC.,<br><br>Defendants,<br><br>and<br><br>APOLLO CORPORATION,<br>D&O INTERNATIONAL CORP.,<br>HALSTON CAPITAL LTD.,<br>INSIGHT MARKETING &<br>   COMMUNICATIONS INC.,<br>LACROIX INTERNATIONAL<br>   HOLDINGS LTD.,<br>MEDIA PACIFIC INC.,<br>MORTENSEN FINANCIAL LTD.,<br>OMNI CONSULTING SERVICES INC.,<br><br>Relief Defendants. | Civil Action No. 08-5502BHS<br><br>**ORDER GRANTING MOTION TO FILE LETTER ROGATORY UNDER SEAL** |

This matter is before the Court on Plaintiff's ex parte application for an order authorizing the filing under seal of an unredacted [Proposed] Letter Rogatory directed to the principality of Andorra. directed to the principality of Andorra pursuant to Rule 5.2 of the Federal Rules of Civil Procedure

and Local Rule CR 5(g)(2). Dkt. 17. The Court having considered the application and finding good cause to issue the order,

IT IS ORDERED that the Clerk of the Court file the Commission's [Proposed] Letter Rogatory under seal. Plaintiff shall file a redacted version of the letter no later than August 22, 2008.

Dated this 14th day of August, 2008

BENJAMIN H. SETTLE
United States District Judge