1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| 11  SECURITIES AND EXCHANGE COMMISSION, | Civil Action No. _____ |
| 12         Plaintiff, | |
| 13         vs. | **DECLARATION OF TRAVIS BRYANT** |
| 14  FRANCISCO ABELLAN,<br>VEGA STAR CAPITAL, SL,<br>15  EU EQUITY HOLDINGS INC.,<br>KLO FINANCIAL SERVICES INC.,<br>16  GENE HEW-LEN,<br>NXGEN HOLDINGS, INC., formerly known as<br>17      GHL TECHNOLOGIES, INC., | |
| 18         Defendants, | |
| 19         and | |
| 20  APOLLO CORPORATION,<br>D&O INTERNATIONAL CORP.,<br>21  HALSTON CAPITAL LTD.,<br>INSIGHT MARKETING &<br>22      COMMUNICATIONS INC.,<br>LACROIX INTERNATIONAL<br>23      HOLDINGS LTD.,<br>MEDIA PACIFIC INC.,<br>24  MORTENSEN FINANCIAL LTD.,<br>OMNI CONSULTING SERVICES INC., | |
| 25 | |
| 26         Relief Defendants. | |

27

28

SEC V. ABELLAN, ET AL.
BRYANT DECLARATION

SECURITIES AND EXCHANGE COMMISSION
44 MONTGOMERY STREET, SUITE 2600
SAN FRANCISCO, CA  94104
(415) 705-2500

1    I, Travis Bryant, declare:

2       1.      I am employed by Valley Offset Printing, Inc. ("Valley Offset") as Vice President. I

3 have been employed by Valley Offset since approximately March 1988. I work at Valley Offset's

4 offices located at 160 S. Sheridan Street, Valley Center, Kansas 67147. Unless otherwise specified, I

5 have personal knowledge of the facts stated herein, and could and would testify competently to them if

6 called to do so.

7       2.      In Spring 2006, Valley Offset agreed to print and mail a project titled "The Street

8 Stock Report" for the customer Vega Star Capital SA ("Vega Star").

9       3.      The individual known as "Frank Abellan" or "Frank Abel" was the only person with

10 whom Valley Offset communicated on behalf of the customer Vega Star regarding The Street Stock

11 Report project.

12       4.      In connection with The Street Stock Report project, Valley Offset entered into a

13 Contract Agreement Between Valley Offset Printing, Inc. and Vega Star Capital SA, dated April 7,

14 2006. The Contract Agreement was signed by "Frank Abellan" for the customer Vega Star. Valley

15 Offset also entered into a Nondisclosure Agreement with Vega Star regarding The Street Stock

16 Report project. True and correct copies of the agreements are attached as **Exhibit A**. I signed the

17 agreements on behalf of Valley Offset.

18       5.      As described by the Contract Agreement at Exhibit A, the customer provided Valley

19 Offset with the project art and mailing lists for producing and mailing The Street Stock Report.

20       6.      The customer paid for The Street Stock Report project through wire transfers. By a

21 facsimile dated May 3, 2006, Valley Offset received a record of a wire transfer in the amount of

22 $901,275.67 from an account at Credit Andorra in the name "Vega Star Capital" to an account held

23 by Valley Offset. A true and correct copy of the facsimile and wire transfer record is attached as

24 **Exhibit B**.

25       7.      Attached as **Exhibit C** is a true and correct copy of a ledger sheet prepared by Valley

26 Offset showing the amounts paid by the customer Vega Star and the costs of The Street Stock Report

27 project.

28

SEC V. ABELLAN, ET AL.
BRYANT DECLARATION
1
SECURITIES AND EXCHANGE COMMISSION
44 MONTGOMERY STREET, SUITE 2600
SAN FRANCISCO, CA 94104
(415) 705-2500

1    8.    In connection with The Street Stock Report project, Valley Offset employees

2  frequently communicated with "Frank Abellan" or "Frank Abel" by e-mail.  Attached as **Exhibits D,**

3  **E, F, and G** are true and correct copies of e-mail communications received from "Frank Abellan" or

4  "Frank Abel" by Valley Offset employees Donya Percival, Doyle Merriman, and Robert McDaniel.

5    9.    Attached as **Exhibit H** are true and correct copies of the mailing certifications

6  provided by the U.S. Postal Service showing the mailing of The Street Stock Report from the

7  Wichita, Kansas post office on May 16, 17, and 18, 2006.

8    10.   A true and correct copy of the brochure titled "The Street Stock Report" that was

9  printed and mailed by Valley Offset in May 2006 is attached as **Exhibit I**.

10

11    I declare under penalty of perjury under the laws of the United States that the foregoing is true

12  and correct.  Executed on August 21 , 2008 in Valley Center, Kansas.

13

14  _____
                                        Travis Bryant

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SEC V. ABELLAN, ET AL.
BRYANT DECLARATION                          2

SECURITIES AND EXCHANGE COMMISSION
44 MONTGOMERY STREET, SUITE 2600
SAN FRANCISCO, CA  94104
(415) 705-2500