United States District Court
WESTERN DISTRICT OF WASHINGTON

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

    vs.

JUDGMENT IN A CIVIL CASE
CASE NUMBER: CV08-5502BHS

FRANCISCO ABELLAN; VEGA STAR CAPITAL SL; EU EQUITY HOLDINGS, INC.; KLO FINANCIAL SERVICES, INC.; GENE HEW-LEN; NXGEN HOLDINGS, INC.; APOLLO CORPORATION; D&O INTERNATIONAL CORP.; HALSTON CAPITAL LTD.; INSIGHT MARKETING & COMMUNICATIONS, INC.; LACROIX INTERNATIONAL HOLDINGS LTD.; MEDIA PACIFIC, INC.; MORTENSEN FINANCIAL LTD.; OMNI CONSULTING SERVICES, INC.,

    Defendants.

■ **Decision by Court**   This matter comes before the Court on Plaintiff's unopposed motion for summary judgment (Dkt. 94) against Defendants Francisco Abellan, EU Equity Holdings, Inc., KLO Financial Services, Inc. and Vega Star Capital, SL. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Plaintiff's motion for summary judgment (Dkt. 94) is GRANTED.

DATED: January 11, 2010.

BRUCE RIFKIN
Clerk of Court

*/s/Gretchen Craft*
Deputy Clerk